UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER ROBINSON,<br><br>                              Plaintiff,<br><br>        v.<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 24 Civ. 3283 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued May 2, 2024, scheduled an initial pre-trial conference for June 18, 2024, and required the parties to file a joint status letter and proposed case management plan by June 11, 2024.  *See* ECF No. 6.  To date, the parties did not file the required joint status letter and proposed case management plan.

It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **June 14, 2024.**  Such letter may seek an adjournment of the initial pretrial conference for a period not to exceed 30 days.

SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
DALE E. HO
United States District Judge