USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/7/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER ROBINSON,

            Plaintiff,

-v-

CITY OF NEW YORK et al.,

            Defendants.

**ORDER FOR CONFERENCE**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court shall hold a case management conference on **Friday, October 18**, at **2:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 276 545 081#).

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.
2. Use handset rather than speakerphone.
3. Identify yourself each time you speak.
4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.
5. Mute when not speaking to eliminate background noise and prevent interruptions.
6. Avoid voice-activated systems that don't allow speaker to know when someone else is trying to speak and that cut off the beginning of words.

<u>Upon receipt of this order, counsel are directed to confirm with all other counsel that each party to this proceeding has received a copy of this order.</u>  <u>Counsel of record must attend the conference.</u>  If counsel of record has not filed a notice of appearance, they must do so by the date of the conference.

<u>Any application for a change in the date of the conference must be made by letter-motion filed on ECF within five days of this order</u>, unless there is good cause justifying a later application.  Prior to requesting an adjournment, the party making the request should contact the Deputy Clerk, Roberto Diaz, Roberto_Diaz@nysd.uscourts.gov, to determine alternative dates on which the Court is available for a rescheduled court appearance.  The party must then request an adjournment by letter-motion that includes (1) a statement as to all other parties' positions on the proposed change in date and (2) a proposal for an alternative date for the conference (as provided by the Deputy Clerk) for which all parties are available.

**SO ORDERED.**

Dated: October 7, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge