USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/18/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER ROBINSON,                  :
                                       :
                    Plaintiff,         :        **ORDER**
                                       :
        -v-                            :        24-CV-3283 (DEH) (HJR)
                                       :
                                       :
THE CITY OF NEW YORK, *et al.*,        :
                                       :
                    Defendants.        :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties and the Court having conferred, the Court sets the following

deadlines in accordance with Local Civil Rule 83.10:

The parties will meet and confer pursuant to Federal Rule of Civil Procedure

26(f) by **October 23, 2024**.

Any application for exemption from Local Rule 83.10 will be filed by **October

30, 2024**.

Parties will make initial disclosures by **October 30, 2024**.

Parties will produce Local Rule 83.10(e) discovery materials by **November 6,

2024**.

Any amended pleadings will be filed by **November 20, 2024**.

Plaintiff will make a written settlement demand by **November 20, 2024**.

The City will respond to this demand within 14 days of receipt of the demand.

**SO ORDERED.**

October 18, 2024
New York, New York

Hon. Henry J. Ricardo
United States Magistrate Judge