```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER ROBINSON,

                Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' status reports, ECF Nos. 58 and 59. The Parties are directed to file a joint status report on **October 29, 2025**. The parties are further directed to meet and confer regarding Plaintiff's request for videos and photos. If the Parties are unable to reach an agreement, the Parties shall file a letter motion on the docket requesting a discovery conference.

**SO ORDERED.**

Dated: October 7, 2024
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge