UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER ROBINSON,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

24-CV-3283 (DEH) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' submissions regarding a discovery dispute at ECF Nos. 66–68. A conference is scheduled on **December 5, 2025** at **1:00 p.m.** by telephone to discuss this dispute. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 894 303 01#).

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge