UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2025
```

CHRISTOPHER ROBINSON,

                    Plaintiff,                    **ORDER**

          -v-                                      24-CV-3283 (DEH) (HJR)

CITY OF NEW YORK, *et al.,*

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 5, 2025, the undersigned held a conference with the Parties to address the discovery dispute raised in Plaintiff's November 13, 2025 letter.  ECF No. 66.  For the reasons discussed at the conference, Defendants will provide affidavit(s) and/or declaration(s):

1. Affirming that a search was conducted for the two videos from the date of the incident and describing the results of that search; and

2. If the videos were destroyed, stating on what date that occurred (if it can be determined), or, if it cannot be determined on what date the videos were destroyed, describing the practice at that precinct for deleting videos at the time of the incident.

Additionally, the deadline to complete discovery in this matter is extended to **January 5, 2026.**  The December 12, 2025 deadline set by the Court's November 12, 2025 order, ECF No. 65, for the Parties to submit a joint letter is adjourned.

The Parties shall file a joint status letter providing an update on this matter by

**January 10, 2026.**

**SO ORDERED.**

Dated: December 5, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2