UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026
```

CHRISTOPHER ROBINSON,

               Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

          Defendants.

**ORDER**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By orders dated December 5, 2025, ECF No. 71, and January 7, 2026, ECF No. 74, the Parties were directed to file a joint status report by January 10, 2026. To date, no joint status report has been filed on the docket. The Court grants a *sua sponte* extension to **January 16, 2026** for the Parties to file their joint status report.

**SO ORDERED.**

Dated: January 12, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge