UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER ROBINSON,

                Plaintiff,

        -v-

CITY OF NEW YORK, *et al.*,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/21/2026

**ORDER**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 16, 2026 joint status letter. ECF No. 76.  Discovery closed on January 5, 2026.  ECF No. 71.  Therefore, Plaintiff's request for further discovery is **DENIED**.  Additionally, as noted in the Case Management Plan and Scheduling Order at ECF No. 47 (the "CMP"), the deadline for the Parties to submit pre-motion letters regarding summary judgment was January 5, 2026 (the close of fact discovery).  CMP at 5.  To date, no pre-motion letters have been filed.  The Court *sua sponte* extends the deadline for the Parties to file pre-motion letters to **February 3, 2026.**

Additionally, as noted in the CMP, the Parties are directed to file a joint proposed pretrial order and any required accompanying submissions **30 days after the decision on the summary judgment motion(s)**.  *Id.*  If no summary judgment motions are made, the joint proposed pretrial order and accompanying submissions are due by **February 4, 2026** (30 days after the close of discovery).  *Id.*

1

Pretrial submissions should be addressed to Judge Ho.

**SO ORDERED.**

Dated: January 21, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge