UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2026
```

CHRISTOPHER ROBINSON,

                    Plaintiff,                    **ORDER**

        -v-                                        24-CV-3283 (DEH) (HJR)

CITY OF NEW YORK, *et al.*,

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion raising a discovery dispute. ECF No. 83. Defendant shall file a response to Plaintiff's letter motion by **March 13, 2026**.

A conference is scheduled on **March 24, 2026** at **10:30 a.m.** by telephone to address the discovery dispute. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 507 785 991#).

**SO ORDERED.**

Dated: March 2, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge