UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

CHRISTOPHER ROBINSON,

                    Plaintiff,

        -v-

CITY OF NEW YORK, *et al.*,

                    Defendants.

**ORDER**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 85 (the "Letter Motion"). Defendants' request to adjourn the March 24, 2026 conference is **GRANTED**. The conference is adjourned to **March 25, 2026** at **12:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 507 785 991#).

Additionally, the requested summary judgment briefing schedule submitted by the parties is **GRANTED**. The parties shall adhere to the following deadlines:

- By **May 4, 2026**, Defendants shall serve and file their anticipated motion for summary judgment;

- By **June 25, 2026**, Plaintiff shall serve and file an opposition, if any;

- By **July 9, 2026**, Defendants shall serve and file their reply, if any.

**SO ORDERED.**

Dated: March 16, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2