UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2026

CHRISTOPHER ROBINSON,

          Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

          Defendants.

**ORDER**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on March 25, 2026 to address Plaintiff's February 27, 2026 letter motion to compel discovery, ECF No. 83 (the "Letter Motion"). For the reasons articulated in the transcript, the Letter Motion is **DENIED**. However, Defendants shall re-send to Plaintiff the memo book entries and command log entries that were included in Defendants' October 30, 2024 and November 6, 2024 disclosures. *See* ECF No. 85.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 83 as **DENIED**.

**SO ORDERED.**

Dated: March 25, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1