USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER ROBINSON,

Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

24-CV-3283 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 95 (the "Letter Motion"), requesting an extension of the deadline to file his opposition to Defendants' motion for summary judgment. The Letter Motion is **GRANTED**. Plaintiff shall file his opposition brief by **August 24, 2026**. Defendants shall file their reply brief by **September 8, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 95 as **GRANTED**.

**SO ORDERED.**

Dated: July 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge